**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Timothy J. Megyesi, | ) | No. CV09-2690 PHX DGC |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| International Cruise & Excursion Gallery, Inc., a Delaware corporation doing business as ICE, | ) ) ) ) | |
| Defendant. | ) ) | |

On June 28, 2010, Plaintiff Timothy Megyesi filed a motion for leave to file an amended complaint (Doc. 15). Defendant International Cruise & Excursion Gallery, Inc., did not file a response to the motion within the time period allowed by the Local Rules. *See* L.R. Civ. P. 7.2(c) ("The opposing party shall . . . have fourteen (14) days after service in a civil or criminal case within which to serve and file a responsive memorandum."). The Court will treat Defendant's lack of response as consent to the motion to amend pursuant to Rule 7.2(i) of the Local Rules of Civil Procedure. *See* L.R. Civ. P. 7.2(i) (stating that, if a party fails to "file the required answering memoranda," "such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily").

**IT IS ORDERED:**

1. Plaintiff's motion for leave to amend (Doc. 15) is **granted**.

2. The Clerk is directed to file Plaintiff's first amended complaint lodged as Doc. 16.

DATED this 6th day of August, 2010.

_____
David G. Campbell
United States District Judge